238

Helena Reichwein, Trustee Under Last Will and Testament of Christina Reichwein, Deceased, Appellant, v. Julia R. McCarthy (Robert B. Gunterberg et al.), etc., Appellees.

Gen. No. 42,187.

opinion filed June 30, 1943; rehearing denied September 8, 1943. Randolph Bohrer, for appellant; Birchard P. Hayes, of counsel; John A. Zvetina, for appellee; Henry Pollenz, of counsel. Opinion by JUSTICE KILEY. ''Not to be published in full.''

John M. Tabor, Appellee, v. Joliet Dock Company, Appellant.

Gen. No. 9,872.

opinion filed August 19, 1943. Ray F. Faulkner, for appellant; Francis A. Dunn, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full.